UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) C.A. NO. |
| V. | ) |
| | ) |
| KAREN B. METHENY, ANDREW I. | ) |
| METHENY, DANIEL J. MELANSON, | ) |
| AUDREY MELANSON, RALPH LANG, | ) |
| LAWRENCE R. WEIL, MITZI G. | ) 04 11596 WGY |
| WEIL, JONATHAN L. HELD, AND | ) |
| ALYSSA L. HELD, | ) |
| | ) |
| Defendants | ) |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Omnipoint Holdings, Inc., moves that this Honorable Court enter an order preliminarily enjoining the Defendants from continuing to maintain their civil action presently pending in Masachusetts Land Court, Docket No. 282222. As grounds therefor, Plaintiff states that said Land Court proceding constitutes and invalid and imnproper collateral attack upon a valid udgment of this Court.

Further in support hereof, Plaitniff relies upon the accompanying Memorandum.

Respectfully submitted,

OMNIPOINT HOLDINGS, INC.

By: /s/ Kenneth Ira Spigle
Kenneth Ira Spigle
687 Highland Ave., Suite 1
Needham, Massachusetts 02494
(781) 453-3900

1