UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-11596-WGY</u>

OMNIPOINT HOLDINGS,INC.
Plaintiff

v.

KAREN B. METHENY, ET AL
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,C.J.</u>

After a hearing held on   JULY 22, 2004       ,this Court Orders that Plaintiff's Motion For Preliminary and Permanent Injunction is DENIED without prejudice to its being  refiled  should any action by the Courts of the Commonwealth infringe on any action taken by this Court. The above entitled action be and hereby is Dismissed

Tony Anastas
Clerk

/s/ Elizabeth Smith

By:   _____

Deputy Clerk

July 22, 2004

Notice mailed to counsel of record.